**Leland W. JACOBS, Appellant,**

v.

**GEAR PROPERTIES; Bonnie Gear, individually, doing business as Gear Properties; Alan Gear, individually, doing business as Gear Properties, Appellees.**

**No. 00–1257MN.**

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 22, 2001.

Decided Feb. 2, 2001.

Before MCMILLIAN, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

PER CURIAM.

Leland W. Jacobs appeals the District Court's [1] dismissal of his civil rights action, in which he claimed that defendants evicted him from his apartment for a discriminatory or retaliatory reason. Plaintiff's eviction occurred after defendants prevailed in their state court unlawful detainer action against him.[2] After de novo review, see *Lemonds v. St. Louis County,* 222 F.3d 488, 492 (8th Cir.2000), we conclude the District Court properly dismissed plaintiff's action, as it lacked subject matter jurisdiction under the *Rooker–Feldman* [3] doctrine. See *Charchenko v. City of Stillwater,* 47 F.3d 981, 983 (8th Cir.1995) (*Rooker–Feldman* precludes federal claims if relief requested would effectively reverse state court decision or void its ruling).

---

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.

2. *Gear Props. v. Jacobs,* No. C1–97–2266, 1998 WL 550762 (Minn.Ct.App. Sept.1, 1998) (unpublished decision).

3. *Rooker v. Fid. Trust Co.,* 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923); *Dist. of Columbia Court of Appeals v. Feldman,* 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983).

Accordingly, we affirm. See 8th Cir. R. 47B.